ORIGINAL

Dawn Howe v. Menu Foods Limited et al

**P/SEND**

Doc. 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-2060-GHK (AJWx) | | Date | May 16, 2007 |
|---|---|---|---|---|
| Title | *Howe v. Menu Foods Income Fund, et al.* | | | |

**Presiding: The Honorable**   **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

None                                None

**Proceedings:**      (In Chambers) Order re: Defendants' *Ex Parte* Application for an Order Shortening
Time to Hear Motion to Stay All Proceedings

This matter is before the Court on Defendants' *Ex Parte* Application for an Order Shortening
Time to Hear Motion to Stay All Proceedings ("Application"). We have considered the papers filed in
support of this Application, and deem this matter appropriate for resolution without oral argument. L.R.
7-15.

The Application is **GRANTED**. The Defendants' Motion to Stay ("Motion") is hereby **TAKEN
OFF CALENDAR**, and its hearing date is **VACATED**. Plaintiff **SHALL** file any opposition to the
Motion by no later than May 21, 2007, *see* L.R. 7-12, after which the Motion will be taken under
submission.

**IT IS SO ORDERED.**

Initials of Preparer                     Bea

DOCKETED ON CM

MAY 17 2007

BY _____ 005

\2

Dockets.Justia.co