1 | Jean M. Lawler (SBN 91254)
jlawler@murchisonlaw.com
2 | Gina E. Och (SBN 170520)
goch@murchisonlaw.com
3 | **MURCHISON & CUMMING, LLP**
801 South Grand Avenue, 9th Floor
4 | Los Angeles, California 90017-4613
Telephone: (213) 623-7400
5 | Facsimile: (213) 623-6336

6 | Attorneys for Defendants,
MENU FOODS, INC., MENU FOODS
7 | LIMITED, MENU FOODS INCOME
FUND, MENU FOODS MIDWEST
8 | CORPORATION, MENU FOODS
SOUTH DAKOTA, INC., MENU FOODS
9 | HOLDINGS, INC., and MENU FOODS
OPERATING TRUST

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAWN HOWE, on behalf of herself and all other similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS INC., MENU FOODS LIMITED, MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS HOLDINGS, INC., MENU FOODS OPERATING TRUST, and DOES 1 through 100 Inclusive, et al.,<br><br>Defendants. | CASE NO. CV-07-02060 GHK (AJWx)<br><br>[~~PROPOSED~~] ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE<br><br>Date: June 11, 2007<br>Time: 9:30 a.m.<br>Ctrm: 650<br><br>Judge: Hon. George H. King |

**NOTE CHANGES MADE BY THE COURT.**

DOCKETED ON CM
MAY 24 2007
BY _____ 005

24 | //
25 | //
26 | //
27 | //
28 | //

1

1  On ~~June 11~~ *May 22*, 2007, defendants, MENU FOODS, INC., MENU FOODS LIMITED,
2  MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, MENU
3  FOODS SOUTH DAKOTA, INC., MENU FOODS HOLDINGS, INC., and MENU
4  FOODS OPERATING TRUST's Motion to Stay All Proceedings came on regularly for
5  hearing before the Honorable George H. King, Judge presiding in the above-entitled
6  action.

7  Having considered the motion, the papers filed in support thereof and in opposition
8  thereto, all relevant authorities, ~~the oral argument of counsel~~, and the case file, the Court
9  hereby,

10  **IT IS ORDERED AND ADJUDGED** that this matter, including the deadlines for
11  the parties to participate in class certification and other pretrial proceedings, be stayed
12  pending *decision by the Panel on Multi-District Litigation on the pending* ~~the establishment of~~ *motions to transfer & consolidate/coordinate pending actions.* ~~*In re: Pet Food Products Liability Litigation,* MDL Docket
13  No. 1850, and the potential subsequent transfer of this case for coordinated pretrial
14  proceedings with other actions pending throughout the country.~~ *Counsel shall file a joint status report within 48 hrs of such decision by the MDL Panel*
15  **IT IS FURTHER ORDERED** that all parties shall, during the pendency of the
16  stay of this matter, comply with their duty to preserve all evidence that may be relevant to
17  this action. This duty extends to documents, electronic data, and tangible things in the
18  possession, custody and control of the parties to this action, and any employees, agents,
19  contractors, or carriers who possess materials reasonably anticipated to be the subject of
20  discovery in this action. "Preservation" is to be interpreted broadly to accomplish the goal
21  of maintaining the integrity of all documents, data and tangible things reasonably
22  anticipated to be the subject of discovery under Federal Rules of Civil Procedure 26, 45
23  and 56(e) in this action. Preservation includes taking reasonable steps to prevent the
24  partial or full destruction, alteration, testing, deletion, shredding, incineration, wiping,
25  relocation, migration, theft, or mutation of such material, as well as negligent or
26  intentional handling that would make material incomplete or inaccessible. If the business
27  practices of any party involve the routine destruction, recycling, relocation, or mutation of
28  materials, the party must, to the extent practicable for the pendency of this order, either:

i)    halt such business practices;

ii)    sequester or remove such material from the business process; or

iii)    arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery if requested.

Dated: 5/22/07

_____
THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On May 11, 2007, I served true copies of the following document described as **[PROPOSED] ORDER** on the interested parties in this action as follows:

**BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Murchison & Cumming's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 11, 2007, at Los Angeles, California.

MARJORIE K. DE JOHNETTE

| | | |
|---|---|---|
| 1 | **SERVICE LIST** | |
| 2 | | |
| 3 | Jeff S. Westerman, Esq. | Plaintiff, Dennis Lee Townsend |
| 4 | Sabrina S. Kim, Esq.<br>MILBERG WEISS | |
| 5 | 300 South Grand Avenue, Suite 3900<br>Los Angeles, CA 90071 | |
| 6 | Tele: (213) 617-1200<br>Fax: (213) 617-1975 | |

FWS\27612\HOWE\MTS-ORD-051107-GEO